IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| QR SPEX, INC. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 5:06 CV 124 (DF) |
| | § | |
| v. | § | |
| | § | |
| MOTOROLA, INC., OAKLEY, INC., | § | |
| OAKLEY SALES CORP., OAKLEY | § | |
| DIRECT, INC., ZEAL OPTICS, INC.; | § | |
| XONIX ELECTRONIC CO., LTD., and | § | |
| KYOCERA WIRELESS CORP. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

**ORDER DISMISSING CLAIMS OF PLAINTIFF QR SPEX, INC.
AGAINST DEFENDANT ZEAL OPTICS, INC.**

Came before the Court the captioned cause upon the Motion of Plaintiff QR Spex, Inc. for Dismissal of Claims Against Defendant Zeal Optics, Inc. Being advised of the premised, the Court is of the opinion that the Motion should be granted. It is therefore:

ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant Zeal Optics, Inc. be and are hereby DISMISSED with prejudice to re-filing the same.

SIGNED this 18 day of October, 2006.

_____
The Honorable David Folsom
United States District Judge