IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Judge David Folsom

| | | |
|---|---|---|
| QR SPEX | § § | |
| V. | § | CIVIL ACTION NO. 5:06CV124 |
| MOTOROLA | § § § | |

___

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | Trey Shcroeder; Phillip Bruns |
| ATTORNEY FOR DEFENDANTS: | Melvin Wilcox; Gregory Nelson |
| LAW CLERK: | Jonathan Hardt |
| COURTROOM DEPUTY: | Mel Martin |
| COURT REPORTER: | Libby Crawford |

___

HEARING ON MOTION TO DISMISS
December 13, 2006 @ 10:00 a.m.

OPEN:      10:06                                                ADJOURN: 10:50
___

10:06  ct opens; ct/ pending motion to dismiss, 20 mins each side; ptys provide introduction; ct/ are dfts ready to go forward;

10:08  Nelson/ argues motion;

10:18  ct/ topic of deposition some language in papers haven't been sufficient discovery and you take position it has;

10:18  Nelson/ no obligation to do so;

10:19  ct/ have you read our local rules

10:19  Nelson/ yes, I'm talking in general, they asked;

10:19  ct/ obligation under local rules for discovery

10:20   Wilcox/ we understand

10:20   Nelson/ continues arguing motion;

10:23   Bruns/ responds;

10:24   Nelson/ we do object to this exhibit;

10:24   ct/ not an exhibit

10:24   Bruns/ simply a visual aid;

10:25   ct/ Oakley in Texas

10:25   Bruns/ it is all three;

10:27   ct/ effect or disclaimer that they can't be sold in Texas

10:27   Bruns/ at the time this lawsuit was filed that disclaimer didn't exist;

10:28   ct/ offer for sale

10:28   Bruns/ it is

10:28   ct/ why is that

10:29   Bruns/ responds;

10:43   ct/ any objection to declarations being made a part of the record;

10:43   Bruns/ no

10:43   ct/ those will be received;

10:43   Nelson/ reply;

10:47   ct/ order transcript and share the cost; try to address as quickly as time allows

10:48   Wilcox/ issued a scheduling order

10:48   ct/ that routinely went out, not necessary to have 31st scheduling conference

10:48   Wilcox/ if see fit to hear this case here then they will be consolidated, and fair to say that we will not have the 31st scheduling conference

10:49   ct/ yes;

10:49   Wilcox/ responds CA case

10:49   Bruns/ scheduling conference on both cases

10:49   ct/ if motion is not granted no reason why cases can't be conolidated

10:50   Nelson/ provides case cite from 7th Circuit;

10:50   recess;